AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Nasir OVERTON | ) Case No. 3:23-mj-00203 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    September 19, 2023    in the county of    Multnomah    in the
District of    Oregon    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) | Distribution and Possession with Intent to Distribute Fentanyl, a Schedule II controlled substance, resulting in serious bodily injury and death. |
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, a Schedule II controlled substance, resulting in serious bodily injury and death. |

This criminal complaint is based on these facts:

See affidavit of Homeland Security Investigations (HSI) Special Agent Clay Othic, which is attached and incorporated fully by reference.

☑ Continued on the attached sheet.

_____
/s/ By phone
*Complainant's signature*

Clay Othic / HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    November 29, 2023

_____
*Judge's signature*

City and state:    Portland, Oregon    Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*