STEPHEN A. HOUZE
OSB No. 721261
1200 NW Naito Pkwy., Suite 690
Portland, OR 97209
stephen@shouze.com
Phone: (503) 299-6426; Fax: (503) 299-6428
Attorney for Defendant Nasir Overton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>NASIR OVERTON,<br><br>      Defendant. | Case No. 3:23-MJ-00203<br><br>UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT DATE |

  The defendant, Nasir Overton, by and through his attorney Stephen A. Houze, hereby requests that the arraignment in the above-captioned matter be continued sixty (60) days. The arraignment is currently scheduled for December 28, 2023.

  The time frame of the requested continuance is excludable from Speedy Trial computations pursuant to 18 U.S.C § 3161(h)(7)(A), and the ends of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedier trial. Defendant hereby waives his rights under the Speedy Trial Act and the United States Constitution to a speedy trial to effectuate this continuance.

  AUSA Scott Kerin does **not** object to this motion.

UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT DATE

Stephen A. Houze, OSB No. 721261
1200 N.W. Naito Pkwy., Suite 690
Portland, Oregon 97209
Phone: (503) 299-6426 Fax: (503) 299-6428

DATED: December 27th, 2023.

      BY: s/ Stephen A. Houze
         Stephen A. Houze, OSB No. 721261
         Attorney for Defendant

UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT DATE

Stephen A. Houze, OSB No. 721261
1200 N.W. Naito Pkwy., Suite 690
Portland, Oregon 97209
Phone: (503) 299-6426 Fax: (503) 299-6428

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT DATE on the following attorney on the date noted below via the following method:

> US Attorney's Office
> Attn.: AUSA Scott Kerin
> 1000 SW Third Ave., Suite 600
> Portland, Oregon 97204
>
> Method:   ☐ US Mail, postage prepaid
>           ☐ Facsimile
>           ☐ Hand Delivery
>           ☒ Email

Dated this 27th day of December, 2023.

BY: /s/ Stephen A. Houze
Stephen A. Houze, OSB No. 721261
Email: Stephen@shouze.com
Phone: (503) 299-6426
Fax: (503) 299-6428

Attorney for Defendant

CERTIFICATE OF SERVICE

Stephen A. Houze, OSB No. 721261
1200 N.W. Naito Pkwy., Suite 690
Portland, Oregon 97209
Telephone: (503) 299-6426  Fax: (503) 299-6428